**David W. OSTER, et al., Appellants**

v.

**GOVERNMENT OF the REPUBLIC OF SOUTH AFRICA, Appellee.**

No. 08–7012.

United States Court of Appeals, District of Columbia Circuit.

Oct. 24, 2008.

Before: GRIFFITH, Circuit Judge, and EDWARDS and WILLIAMS, Senior Circuit Judges.

### JUDGMENT

This appeal from a judgment of the United States District Court for the District of Columbia was presented to the court, and briefed and argued by counsel.

The court has accorded the issues full consideration and has determined they do not warrant a published opinion. *See* D.C.Cir. Rule 36(b). It is

**ORDERED and ADJUDGED** that the judgment of the district court be affirmed. As the plaintiffs did not rely on any apparent authority theories, this case presents no occasion to discuss the extent to which apparent authority can make a sovereign responsible for the actions of a separate entity or an individual.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.